UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LEMUEL MCMILLAN**.,

    Plaintiff,

v.

                                    CASE NO: _2013-Cv-00292

**FLORIDA DEPARTMENT OF CORRECTIONS**, an Agency of the State of Florida, SAM CULPEPPER, in his individual capacity, RICHARD COMERFORD, in his individual capacity, JOSEPH MAURER, in his individual capacity, and RICARDO HAY, in his individual capacity,

    Defendants.
_____/

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA:

    1.    The Florida Department of Corrections, Sam Culpepper, Richard Comerford, Joseph Maurer and Ricardo Hay are the defendants in this civil action originally brought on May 11, 2012, in the Circuit Court of the Fourteenth Judicial Circuit, Washington County, Florida against only the Department and Hay.  Following amendment, Maurer was added and served on August 2, 2013 and defendants Comerford and Culpepper were served on August 8, 2013. Pursuant to provisions of Sections 1441 and 1446 of Title 28 of the United States Code, Defendants remove this action to the United States District Court for the Northern District of

Florida, Panama City Division, which is the judicial district and division in which the action is pending.

2. The grounds for removal of this action are:

a. This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28 U.S.C. § 1331.

b. In particular, the Plaintiff's principal claims for relief concerns alleged violations of his Federal Constitutional rights. Plaintiff is asserting the right to recover for this on the basis of 42 U.S.C. § 1983.

c. The other bases for relief asserted by the Plaintiff in his action all arise out of the same set of facts and are part of the same case and controversy, so that this Court has supplemental jurisdiction of them within the meaning of 28 U.S.C. §1367(a). Therefore, this is an action over which this Court would have had original jurisdiction had it been filed initially in this Court, and removal to this Court is proper under the provision of 28 U.S.C. §1441(a).

3. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code. Defendants Maurer, Comerford and Culpepper were served on August 2nd, 5th and 8th, 2013, respectively. This Notice of Removal is filed within 30 days of receipt of the Complaint by these Defendants and is timely filed under 28 U.S.C. §1446(b).

4. Counsel has contacted Defendant Hay who indicated that he did not object to this removal.

5. Pursuant to the provisions of 28 U.S.C. §1446(a), Defendants attach to this Notice and incorporate by reference copies of the following papers, which are all of the process,

pleadings, and orders served on them prior to its removal of this action:

    a.    Complaint filed in the Circuit Court of the Fourteenth Judicial Circuit, Washington County, Florida, Case No. 2012 CA 00173, which is marked as Exhibit "A".

    b.    The Summons that was served on Defendant Hay, which is marked as Exhibit "B".

    c.    The written response for Defendant Hay which is attached as Exhibit "C".

    d.    Defendant Department of Corrections Motion to Abate which is attached as Exhibit "D".

    e.    Return of Service for Department of Financial Services which is attached as Exhibit "E".

    f.    Defendant Department of Corrections' Motion to Dismiss, which is attached as Exhibit "F".

    g.    Return of Service for Department of Corrections, which is attached as Exhibit "G".

    h.    Designation of e-mail address for Bradley, which is attached as Exhibit "H".

    I.    Designation of e-mail address for Peters, which is attached as Exhibit "I".

    j.    Plaintiff's Motion for Leave to Correct Amended Complaint, which is attached as Exhibit "J".

    k.    Plaintiff's Notice of Filing Corrected Amended Complaint, which is attached as Exhibit "K".

    l.    Plaintiff's Motion for Leave to Amend Complaint, which is attached as

Exhibit "L".

      m.      Glickman's Notice of Appearance, which is attached as Exhibit "M".

      n.      Heller's Notice of Appearance, which is attached as Exhibit "N".

      o.      Order granting Plaintiff's Motion for Leave to File Amended Complaint and Corrected Amended Complaint, which is attached as Exhibit "O".

      p.      Defendant Department of Corrections' Motion to Dismiss Amended Complaint, which is attached as Exhibit "P".

      q.      Plaintiff's Request for Production, which is attached as Exhibit "Q".

      r.      Plaintiff's Notice of Serving Interrogatories, which is attached as Exhibit "R".

      s.      Defendant Department of Corrections' Motion to Stay Discovery, which is attached as Exhibit "S".

      t.      Defendant Department of Corrections' Corrected Motion to Stay Discovery, which is attached as Exhibit "T".

      u.      Bradley's Notice of Appearance for Maurer, Comerford and Culpepper, which is attached as Exhibit "U".

      v.      Peters' Amended Designation of e-mail address, which is attached as Exhibit "V".

      w.      Return of Service for Culpepper, which is attached as Exhibit "W".

      x.      Defendants Comerford, Culpepper and Maurer's Motion to Dismiss, which is attached as Exhibit "X".

Respectfully submitted,


PAMELA JO BONDI
ATTORNEY GENERAL

/s/ Cecilia Bradley
**CECILIA BRADLEY**
Senior Assistant Attorney General
Florida Bar No.  0363790

Office of the Attorney General
The Capitol-PL01
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
Facsimile  (850)488-4872
cecilia.bradley@myfloridalegal.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail  to Alvin  L. Peters, Esq., 25 East 8th Street, Panama City, FL 32401, alvinpeters@knology.net, <amandamcfann@knology.net>,  "'Josh  Glickman'" josh@sjlawcollective.com>, and  shawn@sjlawcollective.com,  this 30th day of August, 2013.



 /s/ Cecilia Bradley
Cecilia Bradley