IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL MCMILLAN,

    Plaintiff,

v.                                          5:13cv292-WS

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 81) docketed April 16, 2014. The magistrate judge recommends that the defendants' motions to dismiss be denied. The defendants have not filed objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 81) is ADOPTED and incorporated by reference into this order.

2. The defendants' motions to dismiss (docs. 10 & 11) are DENIED.

3. The case shall be returned to the magistrate judge for further proceedings.

DONE AND ORDERED this ___16th___ day of ___May___, 2014.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE