IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL MCMILLAN,

     Plaintiff,

v.                                                                        5:13cv292-WS/GRJ

DEPARTMENT OF CORRECTIONS,
et al.,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc.

176) docketed July 8, 2016. The magistrate judge recommends that the defendants'

motion for summary judgment be denied. The defendants have filed objections

(doc. 178) to the report and recommendation.

Having considered the report and recommendation in light of the

defendants' objections, the court finds that the defendants' motion for summary

must be denied as recommended by the magistrate judge. To the extent, if any, that

the magistrate judge "mis-characterized" some of the summary judgment evidence,

such "mis-characterization" does not alter the result here—namely, there are

genuine issues of material fact that a jury will have to resolve.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 176) is

ADOPTED and incorporated into this order by reference.

2. The defendants' motion for summary judgment (doc. 158) is DENIED.

3. The clerk shall set the case for trial.

DONE AND ORDERED this ___27th___ day of ___July___, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE